IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07-CR-64-WHA |
| | ) | 8 U.S.C. § 1326(a) |
| | ) | |
| JORGE ALBERTO DEL CID | ) | |
| | ) | |
| | ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about the 18th day of March, 2007, in Montgomery County, Alabama, in the Middle District of Alabama,

JORGE ALBERTO DEL CID,

defendant herein, being an alien, did knowingly re-enter and was found in the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Stephen P. Feaga
Assistant United States Attorney