IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr64-WHA |
| ) | |
| JORGE ALBERTO DEL CID ) | |

## ORDER TO PRODUCE PRISONER FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>April 18, 2007</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>JORGE ALBERTO DEL CID</u> before the United States District Court at 4B Courtroom, on the <u>18th</u> day of April, 2007, at 10:30 a.m.

DONE, this the <u>6th</u> day of April, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: /s/
Deputy Clerk