IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:07CR64-WHA
)
JORGE ALBERTO DEL CID )

## CONSENT

I, _____, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the _____ day of _____, 20___

*************************************

## CONSENTIMIENTO

Yo, __Jorge Alberto Del Cid__, por ésta declaro mi intención de presentar una declaración de culpable en la causa referida arriba, y que después de conferir con mi abogado, por la presente doy mi consentimiento para que un juez magistrado de los Estados Unidos conduzca la audiencia requerida por la regla 11 de las reglas federales de procedimientos penales incidente a dar tal declaración y que me adjudique culpable basado en mi declaración de culpale. Yo entiendo que el juez de distrito al cual se le ha dado esta causa más adelante decidirá si aceptar o rechazar cualquier convenio de declaración que yo pueda tener con la fiscalía de los Estados Unidos y me impondrá la sentencia.

Hecho este día __27__ de __Abril__, 20 07.

_Jorge Alberto Del Cid_ (signature)
Defendant/*Acusado*

_____ (signature)
Attorney/*Abogado*

ENG/SPN(10-05)