**Gordon Fields/CA11/11/USCOURTS**
09/05/2007 07:20 AM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS

cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Carol Lewis/CA11/11/USCOURTS@USCOURTS

bcc:

Subject: 1st Request for ROA: 07-12594-JJ (DC: 2:07-00064 CR A N)

CA11# 07-12594-JJ
USA v. Jorge Alberto Del Cid
MAL: 2:07-00064 CR A N
---------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226