# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**                        **TELEPHONE**
  CLERK                                                (334) 954-3610

**September 10, 2007**

Mr. Thomas K. Kahn, Clerk                      USDC No. CR-07-A-00064-N
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                             USCA No. 07-12594-JJ
Atlanta, GA  30303

        IN RE: USA VS. JORGE ALBERTO DEL CID

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

\_\_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [ ]

\_\_ First Notice of Appeal:\_\_Yes,\_\_ No   Date(s) of Other Notices:\_\_

Was there a hearing from which a transcript could be made:

\_\_ Yes, The Court Reporter(s) is/are:   JAMES R. DICKENS

\_\_ No     Date of Hearing(s):\_\_

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):\_\_

\_\_ IFP\_; and/or APPEALABILITY/CPC is pending in this Court.

\_\_ Court Appointed Counsel/CJA;  \_\_ Yes;  \_\_No;  Copy of Order Enclosed:

\_\_ The Appellate docket fee has been paid;\_\_Yes, X No:\_\_Date , Receipt#\_

\_\_ Appellant has been  \_\_GRANTED;\_DENIED IFP, Copy of Oder enclosed.

\_\_ Appellant has been  \_\_GRANTED;\_DENIED CPC/APPEALABILITY, Copy of Order enclosed.

\_\_ Appeal Bond, \_\_ Supersedeas Bond

 X  The District Judge or Magistrate Judge appealed from is Hon: W. HAROLD ALBRITTON, III

This is an appeal from a bankruptcy order; Bankruptcy Judge: \_\_

\_\_ This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:

                 1 Volume(s) of Pleadings,  1 Volume(s) of Transcripts,
                 2  SEALED ITEMS, ie. 1 PSI(s); 1 OTHER (sealed envelope/documents);
                 TAPE(s)\_\_
                 \_\_ Exhibits:\_\_Envelope
                 \_\_ Volume (s) of Original Papers

cc:                         Sincerely,

                          DEBRA P. HACKETT, CLERK

                          By: Donna M. Norfleet
                             Deputy Clerk