# UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

September 12, 2007

TELEPHONE
(334) 954-3610

Mr. Thomas K. Kahn, Clerk
USCA, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No **CR-02-F-64-N**

USCA No. **07-12594-J**

In Re: **USA VS. JORGE ALBERTO DEL CID**

## AMENDED CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

**1** Volume(s) of Pleadings

**1** Volume(s) of Transcripts

___ Exhibits: ___ Box **X** Binders: ___ Envelopes;

___ Other: ___ SEAL Envelope (s) : **1** PSI(s)

___ Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By: Yolanda Williams

cc: JEFFERY C. DUFFEY
    TOMMIE BROWN HARDWICK
    JOHN T. HARMON

27BE, APPEAL, CLOSED, INTERPRETER

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:07-cr-00064-WHA-SRW All Defendants
### Internal Use Only

Case title: USA v. Del Cid [Interpreter]

Date Filed: 04/04/2007
Date Terminated: 05/31/2007

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Susan Russ Walker

Appeals court case number:
'07-12594-JJ' 'USCA'

**Defendant**

**Jorge Alberto Del Cid** (1)
*TERMINATED: 05/31/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *CJA Appointment*

**Michael J. Petersen**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: michael_petersen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donnie Wayne Bethel**
Federal Defenders
201 Monroe Street

Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0358
Email: don_bethel@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

8:1326(a) REENTRY OF DEPORTED ALIEN - NMT $250,000[*]; NMT 2Y; B; NMT 1Y SUP REL; G-LNS; VWPA; $100 SA
(1)

**Disposition**

24 months imprisonment; 1 year supervised release; $100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

8:1326(a) - RE-ENTRY OF DEPORTED ALIEN

**Disposition**

---

**Plaintiff**

USA                                 represented by   **Stephen P. Feaga**
                                                     U.S. Attorney's Office
                                                     PO Box 197
                                                     Montgomery, AL 36101-0197
                                                     334-223-7280
                                                     Fax: 223-7560
                                                     Email: steve.feaga@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2007 | 1 | COMPLAINT as to Jorge Alberto Del Cid (1). (jct, ) [2:07-mj-00032-WC] (Entered: 03/19/2007) |
| 03/19/2007 | 2 | *SEALED* WARRANT Issued as to Jorge Alberto Del Cid. (jct, ) [2:07-mj-00032-WC] (Entered: 03/19/2007) |
| 03/19/2007 | 3 | Arrest Warrant Returned Executed in case as to Jorge Alberto Del Cid. Defendant arrested on 3/18/2007. (sql, ) [2:07-mj-00032-WC] (Entered: 03/19/2007) |
| 03/19/2007 |  | Arrest of Jorge Alberto Del Cid (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 | 4 | CJA 23 Financial Affidavit by Jorge Alberto Del Cid (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 |  | ORAL MOTION to Appoint Counsel by Jorge Alberto Del Cid. (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 |  | ORDER (ORAL) granting Oral Motion to Appoint Counsel: Appointed Federal Defender as to Jorge Alberto Del Cid (1). Signed by Judge Wallace Capel Jr. on 3/20/07. (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 | 5 | Minute Entry for proceedings held before Judge Wallace Capel Jr.:Initial Appearance as to Jorge Alberto Del Cid held on 3/20/2007, Preliminary Examination as to Jorge Alberto Del Cid held on 3/20/2007 (PDF available for court use only) (Recording Time 10:08 - 10:21.) (Attachments: # 1 Witness List) (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 |  | ORAL WAIVER of Detention Hearing as to Jorge Alberto Del Cid (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/21/2007 | 6 | ORDER that the defendant be held in custody of the U. S. Marshal and bound over to the grand jury for further action as to Jorge Alberto Del Cid . Signed by Judge Wallace Capel Jr. on 3/21/07. (jct, ) [2:07-mj-00032-WC] (Entered: 03/21/2007) |
| 03/22/2007 | 7 | NOTICE OF ATTORNEY APPEARANCE: Donnie Wayne Bethel appearing for Jorge Alberto Del Cid (Bethel, Donnie) [2:07-mj-00032-WC] (Entered: 03/22/2007) |
| 04/04/2007 | 8 | INDICTMENT as to Jorge Alberto Del Cid (1) count(s) 1. (ag, ) (Entered: 04/06/2007) |
| 04/04/2007 | 9 | Limits of Punishment as to Jorge Alberto Del Cid. (ag, ) (Entered: 04/06/2007) |

| | | |
|---|---|---|
| 04/06/2007 | 10 | ORDER to Produce Prisoner for Arraignment as to Jorge Alberto Del Cid: Arraignment set for 4/18/2007 @ 10:30 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 4/6/2007. (ag, ) (Entered: 04/06/2007) |
| 04/06/2007 | | (Court only) ***Set/Clear Flags as to Jorge Alberto Del Cid (ag, ) (Entered: 04/06/2007) |
| 04/18/2007 | 11 | Minute Entry for proceedings held before Judge Charles S. Coody : Initial Appearance as to Jorge Alberto Del Cid held on 4/18/2007 (PDF available for court use only);Arraignment as to Jorge Alberto Del Cid (1) on Count 1 held on 4/18/2007 (PDF available for court use only); Plea entered by Jorge Alberto Del Cid Not Guilty on count 1. (PDF available for court use only) (Recording Time FTR: 10:52 - 10:54.) (ws, ) (Entered: 04/18/2007) |
| 04/20/2007 | 12 | ORDER ON ARRAIGNMENT as to Jorge Alberto Del Cid: Pretrial Conference set for 5/14/2007 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Jury Selection/Jury Trial set for 6/4/2007 before Honorable W. Harold Albritton III. Pretrial Motions due by 5/9/2007. Discovery due by 4/25/2007. Signed by Judge Susan Russ Walker on 4/20/07. (jct, ) (Entered: 04/20/2007) |
| 04/26/2007 | 13 | NOTICE OF INTENT TO CHANGE PLEA by Jorge Alberto Del Cid (Bethel, Donnie) (Entered: 04/26/2007) |
| 04/26/2007 | 14 | ORDER as to Jorge Alberto Del Cid re 13 Notice of Intent to Change Plea: Change of Plea Hearing set for 4/27/2007 01:30 PM in Courtroom 5B before Honorable Susan Russ Walker. Clerk is directed to provide a court reporter and interpreter for this proceeding. U. S. Marshal to produce defendant for this proceeding if he is in custody. Signed by Judge Susan Russ Walker on 4/26/07. (jct, ) (Entered: 04/26/2007) |
| 04/27/2007 | 15 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Jorge Alberto Del Cid (sql, ) (Entered: 04/27/2007) |
| 04/27/2007 | 16 | Minute Entry for proceedings held before Judge Terry F. Moorer :Change of Plea Hearing as to Jorge Alberto Del Cid held on 4/27/2007 (PDF available for court use only), Plea entered by Jorge Alberto Del Cid (1) Guilty Count 1. (PDF available for court use only) (Court Reporter Jimmy Dickens.) (sql, ) (Entered: 04/27/2007) |
| 04/27/2007 | | ORAL ORDER Accepting Guilty Plea as to Jorge Alberto Del Cid and Adjudicating the defendant guilty as to Count(s) 1 of the Indictment . by Judge Terry F. Moorer on 4/27/2007. (sql, ) (Entered: 04/27/2007) |
| 04/27/2007 | | Terminate Deadlines and Hearings as to Jorge Alberto Del Cid: (jct, ) (Entered: 04/30/2007) |
| 04/27/2007 | | Terminate Deadlines and Hearings as to Jorge Alberto Del Cid: (jct, ) (Entered: 05/10/2007) |

| | | |
|---|---|---|
| 05/08/2007 | 17 | ORDER as to Jorge Alberto Del Cid: Sentencing set for 5/31/2007 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III as further set out in order. Signed by Judge W. Harold Albritton III on 5/8/07. (jct, ) (Entered: 05/08/2007) |
| 05/24/2007 | 18 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Petersen appearing for Jorge Alberto Del Cid (Petersen, Michael) (Entered: 05/24/2007) |
| 05/29/2007 | 19 | ORDER as to Jorge Alberto Del Cid : Sentencing rescheduled from 5/31/07 at 10:00 AM to 5/31/2007 09:30 AM in Courtroom 2C before Honorable W. Harold Albritton III. Signed by Judge W. Harold Albritton III on 5/29/07. (jct, ) (Entered: 05/29/2007) |
| 05/31/2007 | 20 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 5/31/2007 as to Jorge Alberto Del Cid. (PDF available for court use only) (Court Reporter Jimmy Dickens.) (eb) (Entered: 05/31/2007) |
| 05/31/2007 | 21 | JUDGMENT as to Jorge Alberto Del Cid (1), Count(s) 1, 24 months imprisonment; 1 year supervised release; $100 SA; special conditions of supervision as further set out in Judgment. Signed by Judge W. Harold Albritton III on 5/31/07. (jct, ) (Entered: 05/31/2007) |
| 05/31/2007 | | (Court only) ***Case Terminated as to Jorge Alberto Del Cid (jct, ) (Entered: 05/31/2007) |
| 06/04/2007 | 22 | NOTICE OF APPEAL by Jorge Alberto Del Cid re 21 Judgment (Bethel, Donnie) (Entered: 06/04/2007) |
| 06/04/2007 | | Transmission of Notice of Appeal and Certificate copy Docket Sheet and Order as to Jorge Alberto Del Cid to US Court of Appeals re 22 Notice of Appeal - Final Judgment (ydw, ) (Entered: 06/04/2007) |
| 06/11/2007 | 23 | RECEIVED TRANSCRIPT REQUEST re 22 Notice of Appeal - Final Judgment from Donnie Bethel counsel for Jorge Alberto Del Cid, with following notation: "I Am Ordering A Transcript Of The Following Proceedings": Sentencing proceedings held on 5/31/07 before Judge W. Harold Albritton, Jimmy Dickens C/R. Copy to JD. (ydw, ) (Entered: 06/12/2007) |
| 06/13/2007 | | USCA Case Number as to Jorge Alberto Del Cid 07-12594-J for 22 Notice of Appeal - Final Judgment filed by Jorge Alberto Del Cid. (ydw, ) (Entered: 06/15/2007) |
| 06/20/2007 | 24 | TRANSCRIPT of SENTENCING HEARING as to Jorge Alberto Del Cid held on 5/31/2007 before Judge W Harold Albritton. Court Reporter: Risa Entrekin for James Dickens. (PDF available for court use only) (snc) (Entered: 06/20/2007) |
| 07/20/2007 | | Certificate of Readiness to US Court of Appeals re 07-12594-J, 22 Notice of Appeal - Final Judgment (ydw, ) (Entered: 07/20/2007) |

| 09/05/2007 | 25 | Request for Record on Appeal By USCA Eleventh Circuit; 11th Circuit Appeal No. 07-12594-JJ, 22 Notice of Appeal. (dmn) (Entered: 09/10/2007) |
|---|---|---|
| 09/10/2007 | 26 | Certified and Transmitted Record on Appeal as to Jorge Alberto Del Cid to US Court of Appeals re 22 Notice of Appeal - Final Judgment, USCA Case Number 07-12594-JJ. (dmn) (Entered: 09/10/2007) |