

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

September 10, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No. CR-07-A-00064-N

USCA No. 07-12594-JJ

IN RE: USA VS. JORGE ALBERTO DEL CID

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [  ]
___First Notice of Appeal:__Yes,___ No   Date(s) of Other Notices:____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:   JAMES R. DICKENS
___No      Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___ IFP_; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; __ Yes; ___No; Copy of Order Enclosed:
___The Appellate docket fee has been paid;__Yes, X No:____Date , Receipt#_
___Appellant has been  ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
___Appellant has been  ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: W. HAROLD ALBRITTON, III
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
    _1_Volume(s) of Pleadings,  _1_Volume(s) of Transcripts,
    _2_ SEALED ITEMS, ie. _1_PSI(s); _1_OTHER (sealed envelope/documents);
        TAPE(s)____
    ____Exhibits:____Envelope
    ____Volume (s) of Original Papers

cc:                                  Sincerely,

                                     DEBRA P. HACKETT, CLERK

                                     By: Donna M. Norfleet
                                         Deputy Clerk