RECEIVED

2007 DEC 10 P 1:14

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

December 07, 2007

**Appeal Number: 07-12594-JJ**
Case Style: USA v. Jorge Alberto Del Cid
District Court Number:  07-00064 CR-A-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 07, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-12594-JJ**
Case Style: USA v. Jorge Alberto Del Cid
District Court Number: 07-00064 CR-A-N

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  two volumes

Exhibits - one envelope, one psi.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)